UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CARGILL, INC.,

    Plaintiff,

v.                                      Case No. 5:05cv92-MCR/EMT

G.R. GAINER TUG, et al,

    Defendants.
_____/

## O R D E R

THIS MATTER is before the Court upon Plaintiff CARGILL, INC.'s ("Cargill") Unopposed Motion to Consolidate Civil Actions (doc. 13). This action arises from a maritime casualty involving the sinking of Cargill's barge NACM 98103 off the coast of Florida in September 2004. Also pending before this Court is another civil action arising from the same events as those of the instant case.[1] In that case, MAR-K MARINE SERVICES, INC., a defendant in the instant action, and MAR-K TOWING, INC., seek exoneration from and/or limitation of liability related to the sinking of Cargill's barge NACM 98103. Upon review, the Court has determined that these cases present common questions of law and fact and should be consolidated. See Fed. R. Civ. P. 42(a).

---

[1] See In re Mar-K Marine Services, Inc. and Mar-K Towing, Inc., as owners/operators/ owners pro hac vice of the M/V G. R. Gainer, for Exoneration from and/or Limitation of Liability, Case No. 5:05cv61-MCR/EMT filed on March 23, 2005. By order entered in that case on April 8, 2005, the Court directed Mar-K Marine Services, Inc. and Mar-K Towing, Inc., to show cause why the action for exoneration and limitation of liability should not have been transferred to the United States District Court for the Eastern District of Louisiana pursuant to Rule F(9) of the Supplemental Rules for Certain Admiralty and Maritime Claims where the instant case was pending at that time. Since entry of that order, the instant case was transferred from the United States District Court for the Eastern District of Louisiana to this Court where both of the aforementioned actions are now pending.

**Accordingly, it is ORDERED:**

1) **Plaintiff's Unopposed Motion to Consolidate Civil Actions (doc. 13) is GRANTED. The Clerk is directed to CONSOLIDATE Case. No. 5:05cv61 with the instant action, Case No. 5:05cv92.**

2) **All future pleadings shall be filed in Case No. 5:05cv92-MCR/EMT.**

3) **The Clerk shall file a copy of this Order in Case No. 5:05cv92 and Case No. 5:05cv61.**

**ORDERED on this 16th day of May, 2005.**

*s/ M. Casey Rodgers*

**M. CASEY RODGERS**
**United States District Judge**